*oghue, Philip Hornbein, Jr., William E. Leahy* and *Wm. J. Hughes, Jr.* for respondents.

No. 338. TENNEY ET AL. *v.* BRANDHOVE. C. A. 9th Cir. Certiorari granted. *Fred N. Howser,* Attorney General of California, *C. J. Scott,* Assistant Attorney General, and *Harold C. Faulkner* for petitioners. *George Olshausen* for respondent.

No. 347. UNITED STATES *v.* LEWIS. Court of Claims. Certiorari granted. *Solicitor General Perlman* for the United States. *Sigmund W. David* for respondent.

No. 438. UNITED GAS, COKE AND CHEMICAL WORKERS OF AMERICA, C. I. O., ET AL. *v.* WISCONSIN EMPLOYMENT RELATIONS BOARD. Supreme Court of Wisconsin. Certiorari granted. *Arthur J. Goldberg* and *Thomas E. Harris* for petitioners.

No. 33. OSTRANDER, ADMINISTRATRIX, *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *David H. Moses* for petitioner. *Solicitor General Perlman* for the United States.

No. 334. EASTERN (EMIGRANT) CHEROKEE INDIANS EX REL. NASH ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Wilfred Hearn* for petitioners. *Solicitor General Perlman, Assistant Attorney General Vanech* and *Roger P. Marquis* for the United States.